Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JONATHAN BLACKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JONATHAN BLACKMAN, et al.,<br><br>            Defendants. | No. 2:03-cr-00371-MCE<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Jonathan Blackman, C. Emmett Mahle, attorney for defendant Shawn Michael Conley, Krista Hart, attorney for defendant Petra Funtila, and William Bonham, attorney for defendant Eric Newborn, that the previously scheduled trial confirmation hearing date of September 6, 2007, be vacated and the matter set for trial confirmation on September 13, 2007, at 9:00 a.m.

///

///

///

///

///

This continuance is requested due to the unavailability of defense counsel on September 6, 2007. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 13, 2007, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: September 4, 2007     Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JEREMY FLINN

Dated: September 4, 2007

/s/ Michael E. Hansen for
WILLIAM S. WONG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: September 4, 2007

/s/ Michael E. Hansen for
C. EMMETT MAHLE
Attorney for Defendant
SHAWN MICHAEL CONLEY

Dated: September 4, 2007

/s/ Michael E. Hansen for
KRISTA HART
Attorney for Defendant
PETRA FUNTILA

Dated: September 4, 2007

/s/ Michael E. Hansen for
WILLIAM BONHAM
Attorney for Defendant
ERIC NEWBORN

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

DATED: September 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE