1 Krista Hart
Attorney at Law
2 State Bar No. 199650
428 J Street, Suite 350
3 Sacramento, CA  95814
(916) 498-8398
4
Attorney for Petra Funtila
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:03-cr-00371-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| JONATHAN BLACKMAN, SHAWN CONLEY, DELESHIA GILBERT, ERIC NEWBORN, AND PETRA FUNTILA, | |
| Defendants. | |

Defendant Jonathan Blackman, by and through counsel Michael Hansen, and defendant Shawn Conley, by and through counsel C. Emmett Mahle, and defendant Deleshia Gilbert, by and through counsel Kresta Daly, and defendant Eric Newborn, by and through counsel William Bonham, and defendant Petra Funtila, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney William Wong all stipulate and agree the status conference currently set for March 6, 2008, should be reset to April 17, 2008.

All parties are currently in negotiations with the government in an effort to resolve the case, additional time is necessary to complete the negotiations process.  Additionally, some of the defendants are housed in Nevada City, an hour long drive from Sacramento, it is difficult to arrange time to make the drive to discuss potential resolutions.

///

1 For these reasons, the ends of justice are best served by resetting the change of plea hearing
2 currently set for March 6, 2008, to April 17, 2008.
3    The parties further stipulate and agree the time from March 6, 2008, up to and including
4 April 17, 2008, should be excluded in computing the time within which the trial of the above
5 criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate
6 that the ends of justice are served by the Court excluding such time, so that counsel for the
7 government and the defendant may have reasonable time necessary for effective preparation,
8 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code
9 T4).

10 DATED: March 6, 2008          /s/ Krista Hart
                                  Attorney for Petra Funtila
11

12 DATED: March 6, 2008          /s/ Michael Hansen
                                  Attorney for Jonathan Blackman
13

14 DATED: March 6, 2008          /s/ Kresta Daly
                                  Attorney for Deleshia Gilbert
15

16 DATED: March 6, 2008          /s/ William Bonham
                                  Attorney for Eric Newborn
17

18 DATED: March 6, 2008          /s/ C. Emmett Mahle
                                  Attorney for Shawn Conley
19

20 DATED: March 6, 2008          McGREGOR SCOTT
                                  United States Attorney
21
                                   /s/ William Wong
22                                Assistant U.S. Attorney

**ORDER**

23
It is so ordered.
24

25 Dated:  March 6, 2008

26
                                  _____
27                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
28

2