Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Petra Funtila

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br>     Plaintiff, <br> v. <br> JONATHAN BLACKMAN, <br> SHAWN CONLEY, <br> DELESHIA GILBERT, <br> ERIC NEWBORN, and <br> PETRA FUNTILA, <br>     Defendants. | No. 2:03-cr-00371-MCE <br><br> **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |

    Defendant Jonathan Blackman, by and through counsel Michael Hansen, and defendant Shawn Conley, by and through counsel C. Emmett Mahle, and defendant Deleshia Gilbert, by and through counsel Kresta Daly, and defendant Eric Newborn, by and through counsel William Bonham, and defendant Petra Funtila, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney William Wong all stipulate and agree the status conference currently set for April 17, 2008, should be reset to June 12, 2008.

    As the Court is aware, this is a complex case.  The facts and circumstances involve numerous bank robberies throughout the Eastern District.  The indictment includes numerous "crews" which are charged (some have been convicted) with various robberies.  The leader, Dwayne Slater, is the connection between and among the robberies.  Two separate groups of defendants have already gone to trial and been convicted.

1 | The court reporter has prepared transcripts of those hearings.
2 |     Counsel for the defendants are still reviewing materials and are in active negotiations
3 | with the government in an effort to resolve the matter.  Two attorneys, Kresta Daly and C.
4 | Emmett Mahle are in trial and do not anticipate being available until June.  Additionally, some of
5 | the defendants are housed in Nevada City, an hour long drive from Sacramento, it is difficult to
6 | arrange time to make the drive to discuss potential resolutions.  For these reasons, the ends of
7 | justice are best served by resetting the change of plea hearing currently set for April 17, 2008, to
8 | June 12, 2008.
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

The parties further stipulate and agree the time from April 17, 2008, up to and including June 12, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

DATED: April 16, 2008        /s/ Krista Hart
                             Attorney for Petra Funtila

DATED: April 16, 2008        /s/ Michael Hansen
                             Attorney for Jonathan Blackman

DATED: April 16, 2008        /s/ Kresta Daly
                             Attorney for Deleshia Gilbert

DATED: April 16, 2008        /s/ William Bonham
                             Attorney for Eric Newborn

DATED: April 16, 2008        /s/ C. Emmett Mahle
                             Attorney for Shawn Conley

DATED: April 16, 2008        McGREGOR SCOTT
                             United States Attorney

                             /s/ William Wong
                             Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: April 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3