IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:03-cr-00371-MCE |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| ) | |
| SHAWN MICHAEL CONLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Gene Vorobyov is appointed to represent the above defendant in this case effective *nunc pro tunc* to January 13, 2021, substituting the Federal Defenders Office appointed per G.O. 595.

///

///

///

///

-1-

Case 2:03-cr-00371-MCE   Document 1203   Filed 01/20/21   Page 2 of 2

1  This appointment shall remain in effect until further order of this court.

2  IT IS SO ORDERED.

3  Dated: January 19, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-2-