Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant
SHAWN MICHAEL CONLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00371-MCE-8 |
| Plaintiff, | **Order Granting Motion for Appointed Counsel to Receive a Copy of Sealed Transcripts and Documents** |
| vs. | |
| SHAWN MICHAEL CONLEY, | |
| Defendant. | |

///

///

///

////

///

///

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Based on a finding of good cause, the defendant's motion for his appointed counsel to obtain a copy of sealed transcripts and documents (including, but not limited to) the sealed transcript of June 26, 2008, change of plea hearing is GRANTED.

    IT IS SO ORDERED.

Dated: March 25, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE