Gene D. Vorobyov
CA Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
SHAWN MICHAEL CONLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00371-JAM-8 |
|---|---|
| Plaintiff, | **Order Granting Request to File** |
| vs. | **Document Under Seal** |
| SHAWN MICHAEL CONLEY, | [Fed R. Crim. Proc. 49.1; ED Local Rule 141] |
| Defendant. | |

///

////

///

///

///

///

- 1 -

Based on a finding of GOOD CAUSE, the Court orders that the sealed declaration of counsel in support of the defendant's motion for compassionate release under 18 U.S.C. § 3582, plus exhibit A to the declaration, be filed under seal.

IT IS SO ORDERED.

DATED: September 9, 2022  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE