Gene D. Vorobyov
CA Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
SHAWN MICHAEL CONLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00371-JAM-8 |
|---|---|
| Plaintiff, | **Amended Stipulation About Briefing Schedule for the Government's Response and Conley's Reply Brief in Support of the Motion to Vacate or Reduce Conley's Sentence, 18 U.S.C. § 3582(c)(1)(A); Order** |
| vs. | |
| SHAWN MICHAEL CONLEY, | |
| Defendant. | |

///

////

///

///

///

- 1 -

## Stipulation

The parties, through their respective counsel of record, stipulate to the following briefing schedule for the Government's response to Conley's motion to vacate or reduce sentence (docket entry 1242) and Conley's reply brief in support of the motion.   The Government's response is now due October 24, 2022, and Conley's reply brief is due October 31, 2022.

The stipulation was proposed by the defense based on counsel anticipating a time conflict with the existing schedule (an opening brief deadline in a state appellate matter, oral argument in another state appellate matter, and counsel's outpatient eye procedure scheduled for October 25, 2022).

The Government does not oppose the request.  The Government also would need additional time to prepare a response in order to obtain documents from the Bureau of Prisons.

///

///

///

///

///

///

In light of the above, the parties stipulate and jointly request that the Court amend the remaining briefing schedule, as follows. The Government's response to the motion would be due November 30, 2022. Conley's reply brief would be due December 9, 2022.

DATE:   October 20, 2022                    By:

                                      s/ Gene D. Vorobyov
                                      Attorney for Defendant
                                      SHAWN CONLEY

Date:  October 20, 2022                     By:

                                      s/ Jason Hitt
                                      Assistant U.S. Attorney

**Order**

Based on the stipulated facts described in the proposed order, the Court finds good cause and grants the request to amend the briefing schedule. The Government's response to the motion to vacate or reduce the sentence is due November 30, 2022. Conley's reply brief in support of the motion is due December 9, 2022.

IT IS SO ORDERED.

Date:  October 24, 2022     /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE